AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

AUG - 8 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| John Christopher FAULKENBURRY | ) |
| | ) |
| | ) |
| _____ | ) |
| _____ *Defendant(s)* | ) |

Case No. *EP-14-M-3218-ATB*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 7, 2014 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b) | Attempted use of an interstate commerce to persuade, induce, entice, and coerce any individual who has not attained the age of 18 to engage in sexual activity. |
| 18 USC 1470 | Attempted use of interstate commerce to transfer obscene matter to another individual who has not attained the age of 16 years |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joel Rodriguez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/08/2014 _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

Anne T. Berton, U.S Magistrate Judge
*Printed name and title*

AFFIDAVIT

On July 24, 2014, Homeland Security Investigations (HSI) El Paso, Special Agents assigned to the Cyber Crimes Group, working in an undercover capacity, established a profile on the internet posing as a twelve (12) year old female child.

On July 24, 2014, at approximately 5:15 PM EDT, John Christopher FAULKENBURRY requested to "chat" with the undercover (UC) Agent. The UC Agent informed FAULKENBURRY that she was twelve (12) years old but will be thirteen (13) on August 1, 2014.

After being told the person was twelve (12) years old, FAULKENBURRY began to sexually entice the child and asked the child to text him at (915) 790-6394. On July 24, 2014, FAULKENBURRY sent the UC Agent a picture of an erect penis via text message. FAULKENBURRY also texted a naked picture of himself exposing his face and his penis.

From July 24, 2014 through July 31, 2014, FAULKENBURRY sexually enticed what he believed was a 12 year old female child. FAULKENBURRY described how he wanted to have sexual intercourse with the child and described various sexual positions and acts. FAULKENBURRY also told the child that he wanted her to perform oral sex on him, that he wanted to ejaculate in her mouth, and that he wanted the child to masturbate.

Between July 24, 2014 and July 31, 2014 FAULKENBURRY sent, via text messages, three obscene pictures to the UC Agent believing it was a twelve (12) year old child. Two of these pictures were of an erect penis and one picture was a frontal naked picture of FAULKENBURRY.

On August 7, 2014, HSI Special Agents planned an undercover meet with FAULKENBURRY who agreed to meet with the child for the purpose of engaging in sexual intercourse.

On August 7, 2014, at approximately 6:15 PM, FAULKENBURRY arrived at the meeting location and was arrested at an apartment complex located within the Western District of Texas.

On August 7, 2014, at approximately 6:55 PM, SA Joel Rodriguez read FAULKENBURRY the Miranda Warning in the English language witnessed by SA Justin Tice. FAULKENBURRY acknowledged that he understood his rights as per his signature and agreed to make a statement without the presence of an attorney.

During the interview FAULKENBURRY admitted to sexually enticing and sending obscene pictures to what he believed was a thirteen (13) year old child. FAULKENBURRY stated that the purpose for him arriving at the set location was to have sexual contact with the child.

FAULKENBURRY also admitted to previously sharing obscene pictures with five (5) to ten (10) underage females and having sexual contact with three (3) underage females.


                                        Joel Rodriguez, Case Agent
                                        Homeland Security Investigations